**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____    Chapter ___7___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Simple Automation USA, Inc |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | FKA Simple Automation Services Company |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-2417927 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 850 Progress Center Ct <br> Suite 500 <br> Lawrenceville, GA 30043 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Gwinnett <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Simple Automation USA, Inc
_____    Case number (if known) _____
Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☒ Chapter 7

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor  Simple Automation USA, Inc                                    Case number (*if known*) _____
_____
Name

---

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* |
| | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

    Contact name _____

    Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds** .

    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| **14. Estimated number of creditors** | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

| **15. Estimated Assets** | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| **16. Estimated liabilities** | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Simple Automation USA, Inc                                    Case number (*if known*) _____
          _____
          Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 7, 2023
               _____
               MM / DD / YYYY

**X** /s/  Paul Vernon                                Paul Vernon
_____              _____
Signature of authorized representative of debtor       Printed name

Title    CEO
_____

**18. Signature of attorney**

**X** /s/ Ian Falcone                         Date    April 7, 2023
_____                      _____
Signature of attorney for debtor                       MM / DD / YYYY

Ian Falcone 254470
_____
Printed name

The Falcone Law Firm, PC
_____
Firm name

363 Lawrence St NE
Marietta, GA 30060-2056
_____
Number, Street, City, State & ZIP Code

Contact phone    (770) 426-9359        Email address    imf@falconefirm.com
                 _____                        _____

254470 GA
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name ___Simple Automation USA, Inc___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF GEORGIA___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___April 7, 2023___    **X** /s/   Paul Vernon
                                    Signature of individual signing on behalf of debtor

                                    Paul Vernon
                                    Printed name

                                    CEO
                                    Position or relationship to debtor

04/07/23 1:51 PM

**Fill in this information to identify the case:**

Debtor name ___Simple Automation USA, Inc___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF GEORGIA___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...............................................................................................    $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................................    $ _____303,100.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................    $ _____303,100.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____353,305.88

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $ _____0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____355,651.29

4.   **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b                                                                                         $ _____708,957.17

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Simple Automation USA, Inc |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:       Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | Truist | Checking | | $100.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $100.00 |

### Part 2:       Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:       Accounts receivable

10. Does the debtor have any accounts receivable?

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.     **Accounts receivable**

| 11b. Over 90 days old: | 60,128.00 | - | 60,128.00 | =.... | Unknown |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | Simple Automation USA, Inc | Case number *(If known)* | |
|--------|---------------------------|--------------------------|--|
| | Name | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$0.00

---

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|---------------------------------------------|------------------------------------------|-------------------------------------|
| **39.** **Office furniture** 2 desks, 2 chairs, small copy machine, shredder | $0.00 | | Unknown |

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42.   Copy the total to line 86.

$0.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 8:** **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

---

| Debtor | Simple Automation USA, Inc | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1.   2021 GMC Sierra<br>Carmax appraisal offer 2.25.23 | $0.00 | | $44,000.00 |
| 47.2.   2022 CHEVY SILVERADO 2500<br>Carmax appraisal | $0.00 | | $65,000.00 |
| 47.3.   GMC 1500 AT4-FMV estimate based on<br>Carmax appraisal for 2021 GMC Sierra | $0.00 | | $44,000.00 |

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.**    **Aircraft and accessories**

**50.**    **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| | | | |
|---|---|---|---|
| Haas VF-9/40 | $0.00 | | $150,000.00 |

**51.**    **Total of Part 8.**

      Add lines 47 through 50.   Copy the total to line 87.

| $303,000.00 |
|---|

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.    Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.    Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.    Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

04/07/23 1:51 PM

| Debtor | Simple Automation USA, Inc | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white">Part 12:</td><td colspan="2"><b>Summary</b></td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $100.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $303,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $303,100.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $303,100.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Simple Automation USA, Inc___

United States Bankruptcy Court for the:    ___NORTHERN DISTRICT OF GEORGIA___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | Ally Financial | Describe debtor's property that is subject to a lien | $58,479.00 | $44,000.00 |
|---|---|---|---|---|

Creditor's Name

Ally Detroit Center
500 Woodward Ave
Detroit, MI 48226

Creditor's mailing address

GMC 1500 AT4-FMV estimate based on Carmax appraisal for 2021 GMC Sierra

**Describe the lien**
Auto Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | Bay First National Bank | Describe debtor's property that is subject to a lien | $143,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

700 Central Ave
Saint Petersburg, FL 33701

Creditor's mailing address

A/R

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Simple Automation USA, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3** C T Corporation System

Creditor's Name
Attn: SPRS
330 N Brand Blvd Suite 700
Glendale, CA 91203
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien          Unknown          $0.00

Describe the lien
UCC
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** GA Dept of Labor

Creditor's Name
148 Andrew Young
International Blvd
Sussex Place-Room 738
Atlanta, GA 30303
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2019
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien          $72.15          $0.00

Describe the lien
Statutory Lien
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5** GM Financial

Creditor's Name
Attn: Treasury Operations
PO Box 99605
Arlington, TX 76096
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor,

Describe debtor's property that is subject to a lien          $65,393.51          $44,000.00
2021 GMC Sierra Carmax appraisal offer 2.25.23

Describe the lien
Auto Loan
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 4

04/07/23 1:51 PM

| Debtor | Simple Automation USA, Inc | Case number (if known) | |
|--------|----------------------------|------------------------|--|
| | Name | | |

including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

**2.6** Gwinnett County Tax Commissioner

Creditor's Name

75 Langley Dr
Lawrenceville, GA 30046

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2019, 2020, 2021, 2022
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**            $7,758.22            $0.00

**Describe the lien**
Statutory Lien
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7** Siemens Financial Services Inc

Creditor's Name

170 Wood Ave South
Iselin, NJ 08830

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**            Unknown            $150,000.00
Haas VF-9/40

**Describe the lien**
UCC
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8** TD Auto Finance

Creditor's Name

PO Box 9223
Farmington, MI 48333-9223

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**            $78,603.00            $65,000.00
2022 CHEVY SILVERADO 2500Carmax appraisal

**Describe the lien**
Auto Loan
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 4

04/07/23 1:51 PM

| Debtor | Simple Automation USA, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $353,305.88 |

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| First Home Bank<br>9190 Seminole Blvd<br>Seminole, FL 33772 | Line  2.2 | |
| GM Financial<br>1145 Sanctuary Pkwy, Suite 475<br>Alpharetta, GA 30009 | Line  2.5 | |
| Stephanie Mitchell<br>Seimens Corporation<br>4800 North Point Pkwy<br>Alpharetta, GA 30022 | Line  2.7 | |

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Simple Automation USA, Inc

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>AA Electric<br>1665 Lakes Pkwy, Ste 108<br>Lawrenceville, GA 30043 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,398.51 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>AFI<br>6720 28th St, Cir E<br>Sarasota, FL 34243 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,786.83 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Alba Manufacturing<br>8950 Seward Rd<br>Hamilton, OH 45011 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $82,943.80 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>Atlantic Corporation<br>PO Box 60002<br>Charlotte, NC 28260 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $350.65 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>AWC<br>593 Sigman Rd NE, Suite A<br>Conyers, GA 30013 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,025.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| Debtor | Simple Automation USA, Inc | Case number (if known) | |
|--------|---------------------------|------------------------|--|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|-----|---|---|---|
| | BC Ga Holdings LLC<br>10 Glenlake Parkway<br>South Tower, Suite 1000<br>Atlanta, GA 30328 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** lease cancelled-1075 Hwy 124 Hoschton | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $949.34 |
|-----|---|---|---|
| | Braas Company c/o William Carmichael<br>Stokes Carmichael & Ernst LLP<br>Suite 700<br>2018 Powers Ferry Rd<br>Atlanta, GA 30339 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** FIFA | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $89,632.56 |
|-----|---|---|---|
| | Chase<br>PO Box 15298<br>Charlotte, NC 28201-1423 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $62.30 |
|-----|---|---|---|
| | Cintas<br>1055 Progress Industrial Blvd<br>Lawrenceville, GA 30043 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|-----|---|---|---|
| | DHL<br>6000 Studio Way<br>Union City, GA 30291 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $61,099.00 |
|-----|---|---|---|
| | Eastgroup Properties LP<br>3495 Piedmont Rd, Building 11<br>Suite 350<br>Atlanta, GA 30305 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** lease 850 Progress Center Ct Lawrenceville | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|-----|---|---|---|
| | ENGS Commercial Finance<br>3000 Galleria Cir, Suite 800<br>Birmingham, AL 35244 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** plasma cutter paid off | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| Debtor | Simple Automation USA, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Fanuc
3900 West Hamlin Rd
Rochester, MI 48309-3253

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Robots returned

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,718.32

Flodraulic Group Inc
PO Box 772676
Detroit, MI 48277-2676

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14,985.83

Georgia Automation Inc
440 Gees Mill Business CT NE
Conyers, GA 30013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  lawsuit 23M06080

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Gravotech Inc
2200 Northmont Parkway
Duluth, GA 30096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Great Southern Wood Preserving
PO Box 610
Abbeville, AL 36310

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,845.18

IFM Efector Inc
PO Box 8538-307
Philadelphia, PA 19171-0307

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

JDR c/o
Layne Kamsler
Hipes & Belle Isle, LLC
178 S. Main St, Suite 250
Alpharetta, GA 30004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  lawsuit

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

J-Drain
292 South Main St
Suite 200
Alpharetta, GA 30009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Simple Automation USA, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.21** | Nonpriority creditor's name and mailing address
Kapitus LLC
2500 Wilson Blvd, Suite 350
Arlington, VA 22201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

**3.22** | Nonpriority creditor's name and mailing address
Lanier Welding Products
1116 Airport St
Gainesville, GA 30501

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** returned 4-forklift tanks, 4-welding tanks 3.10.23

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

**3.23** | Nonpriority creditor's name and mailing address
Libertas Funding LLC
411 West Putnam Ave, Suite 220
Taftville, CT 06380

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ☐ Yes

Unknown

---

**3.24** | Nonpriority creditor's name and mailing address
McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$7,662.51

---

**3.25** | Nonpriority creditor's name and mailing address
McNaughton-McKay
PO Box 890976
Charlotte, NC 28289-0976

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$4,497.06

---

**3.26** | Nonpriority creditor's name and mailing address
mk North America
105 Highland Park Dr
Bloomfield, CT 06002

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$18,347.15

---

**3.27** | Nonpriority creditor's name and mailing address
Oree Industries
90 Grayson Industrial Pkwy
Grayson, GA 30017

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$850.00

---

**3.28** | Nonpriority creditor's name and mailing address
Positech Corporation
191 N Rush Lake Rd
Laurens, IA 50554

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$24,947.01

---

| Debtor | Simple Automation USA, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115.44

Quench USA Inc
PO Box 7357777
Dallas, TX 75373-5777

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,941.40

Rhino Assembly Company
7575 Westwinds Blvd, Ste A
Concord, NC 28027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Ricoh Electronics Inc
1125 Hurricane Shoals Rd
Lawrenceville, GA 30043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No   ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Rubbermaid Commercial Products
3124 Valley Ave
Winchester, VA 22601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,987.83

Schmersal
15 Skyline Dr
Hawthorne, NY 10532

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $556.00

Schumate Mechanical
2805 Premiere Pkwy
Duluth, GA 30097

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $695.75

Sunset Powder Coating
415 Grayson Dr
Winder, GA 30680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,400.00

Total Quality Logistics
PO Box 634558
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | Simple Automation USA, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.37**

Nonpriority creditor's name and mailing address
TSI Solutions
2220 Centre Park Ct
Stone Mountain, GA 30087

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _returned product_

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

**3.38**

Nonpriority creditor's name and mailing address
ULine
12575 Uline Dr
Pleasant Prairie, WI 53158

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$1,853.82

---

**3.39**

Nonpriority creditor's name and mailing address
Vernay
804 Greenbelt Pkwy
Griffin, GA 30224

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Talia B Wagner<br>Morris Manning & Martin, LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Rd, NE<br><br>Atlanta, GA 30326 | Line  3.11<br><br>☐  Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 355,651.29 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 355,651.29 |

**Fill in this information to identify the case:**

Debtor name ___Simple Automation USA, Inc___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF GEORGIA___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
      ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*          *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | equipment lease agreement | |
| State the term remaining | | |
| List the contract number of any government contract | | Siemens Financial Services 170 Wood Ave South Iselin, NJ 08830 |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | lease 850 Progress Center Ct Lawrenceville | |
| State the term remaining | | |
| List the contract number of any government contract | | Eastgroup Properties LP 3495 Piedmont Rd, Building 11, Suite 350 Atlanta, GA 30305 |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | lease-1075 Hwy 124 Hoschton-cancelled | |
| State the term remaining | | |
| List the contract number of any government contract | | BC Ga Holdings LLC 10 Glenlake Pkwy South Tower, Suite 1000 Atlanta, GA 30328 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Simple Automation USA, Inc___

United States Bankruptcy Court for the:   ___NORTHERN DISTRICT OF GEORGIA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.4 Estate of Evan Sieli | | Ally Financial | ☒ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 Estate of Evan Sieli | | Bay First National Bank | ☒ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.6 Estate of Evan Sieli | | Libertas Funding LLC | ☐ D _____<br>☒ E/F __3.23__<br>☐ G _____ |
| 2.7 Estate of Evan Sieli | | Siemens Financial Services Inc | ☒ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 Patrick Peterson | | Bay First National Bank | ☒ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 Patrick Peterson | | Libertas Funding LLC | ☐ D _____<br>☒ E/F __3.23__<br>☐ G _____ |

| Debtor | Simple Automation USA, Inc | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.10 | Patrick Peterson | GM Financial | ☒ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Patrick Peterson | Siemens Financial Services Inc | ☒ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Paul Vernon | Bay First National Bank | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Paul Vernon | Kapitus LLC | ☐ D _____<br>☒ E/F ___3.21___<br>☐ G _____ |
| 2.14 | Paul Vernon | Siemens Financial Services Inc | ☒ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Paul Vernon | TD Auto Finance | ☒ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name   Simple Automation USA, Inc

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 01/01/2023 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $111,000.00 |
| For prior year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other _____ | $4,325,852.00 |
| For year before that:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br><br>☐ Other _____ | $4,389,858.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | Simple Automation USA, Inc | Case number *(if known)* | |

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    SEE ATTACHED EXHIBIT | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other _Project fulfillment_<br>_(delivery of goods)_ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| SEE ATTACHED EXHIBIT | | | $0.00 |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   Georgia Automation Inc. vs Simple Automation USA Inc<br>23M06080 | Civil | Magistrate Court of Gwinnett County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   JDR Enterprises, Inc. vs. Simple Automation USA Inc.<br>23-A-01641-8 | Civil | Superior Court of Gwinnett County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

04/07/23 1:51 PM

| Debtor | Simple Automation USA, Inc | Case number *(if known)* | |
|---|---|---|---|

☒ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | The Falcone Law Firm PC<br>363 Lawrence St<br>Marietta, GA 30060 | | 3.30.23<br>(Chapter 7<br>Bankruptcy) | $7,500.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | | | 2.10.23<br>(Dissolution<br>process<br>started) | |
| | The Falcone Law Firm PC | | | $7,500.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

Debtor    Simple Automation USA, Inc                                          Case number *(if known)*

---

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Equipment Hub LLC 4601 Lewis Rd Stone Mountain, GA 30083 | 2020 Lincoln Torchmate 4800 CNC Plasma-PAID OFF BALANCE $4376.62 NET $5623.38 | 2.23.23 | $10,000.00 |
| | **Relationship to debtor** none | | | |
| 13.2. | Advanced Engineering LLC | 2007 HAAS TM-1 Horizontal Mill, Serial number 1057481 | 2.23.23 | $12,000.00 |
| | **Relationship to debtor** none | | | |
| 13.3. | Christopher Kindon 269 Bayou Lane Bethlehem, GA 30620 | 2014 HAAS VM3, serial number 1109467 | 3.14.23 | $56,000.00 |
| | **Relationship to debtor** none | | | |
| 13.4. | Electricon 870 Progress Center Court Lawrenceville, GA 30043 | 12- HP/LENOVO laptops | 2.28.23 | $1,650.00 |
| | **Relationship to debtor** none | | | |
| 13.5. | Craigslist-multiple parties | DESKS AND CHAIRS | 2.20.23 & 3.16.23 | $650.00 |
| | **Relationship to debtor** none | | | |
| 13.6. | Kindor Tool | 2016 LATHE | 3.10.23 | $1,000.00 |
| | **Relationship to debtor** none | | | |
| 13.7. | Alex Elgin | 2002 MILL | 2.23.23 | $2,000.00 |
| | **Relationship to debtor** none | | | |

---

Debtor    Simple Automation USA, Inc                                     Case number *(if known)*

---

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☒ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☒ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☒ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☒ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|----------------------------------------|--------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|
| 18.1. | Truist | **XXXX**-1655 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | March 2023Closed to stop auto drafts - Funds moved to secondary (pre-existing) account with Truist | $101,000.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Debtor    Simple Automation USA, Inc                                    Case number *(if known)* _____

---

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20.** **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21.** **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Gravotech | 850 Progress Center Lawrenceville, GA 30043 | engraver | Unknown |

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

04/07/23 1:51 PM

| Debtor | Simple Automation USA, Inc | Case number *(if known)* | |
|--------|----------------------------|--------------------------|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|-----------------------|-------------------------------------|----------------------------------------------------------------------|
| | | |

**26.  Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|------------------|----------------------------|
| 26a.1.    Cory L Robinson<br>2675 Mall of Georgia Blvd<br>Suite 601<br>Buford, GA 30519 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|------------------|----------------------------|
| 26b.1.    Elias Cobble | internal review |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|------------------|---------------------------------------------------------------------|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|------------------|

**27.  Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|------------------------------------------------------------------|-------------------|---------------------------------------------------------------------------------|
| | | |

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|------|---------|----------------------------------------|---------------------------|
| Patrick M Peterson | | President | 33.33% |

Debtor    Simple Automation USA, Inc                                                Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Paul Vernon | | CEO | 33.33% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Evan Sieli-Deceased | | CTO | 33.33% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|------|-------------------------------|-------------------------------------------------------|-------|--------------------------------|
| 30.1. | Paul Vernon | $39,365 distribution$148,937 salary | 2022 | Salary/Compensation |
| | **Relationship to debtor** CEO | | | |
| 30.2. | Patrick Peterson | $39,365   distribution$148,937 salary | 2022 | Salary/Compensation |
| | **Relationship to debtor** President | | | |
| 30.3. | Evan Sieli | $39,365   distribution$148,937 salary | 2022 | Salary/Compensation |
| | **Relationship to debtor** CTO | | | |
| 30.4. | Paul Vernon | unknown | 2023 | |
| | **Relationship to debtor** CEO | | | |
| 30.5. | Patrick Peterson | unknown | 2023 | |
| | **Relationship to debtor** President | | | |

Debtor    Simple Automation USA, Inc                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.6. | Evan Sieli | unknown | 2023 | |

| Relationship to debtor |
|---|
| CTO |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     April 7, 2023

/s/   Paul Vernon                                          Paul Vernon
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

| Creditors name | Creditors Address | Dates | Total Amount | Reasons for payment or transfer |
|---|---|---|---|---|
| Adobe | 345 Park Av. San Jose, CA 95110 | 27-Dec | $  14.99 | Recurring PDF editor software |
| Adobe | 345 Park Av. San Jose, CA 95110 | 24-Jan | $  14.99 | Recurring PDF editor software |
| ADP | 1 ADP blvd Roseland, New York | 9-Dec | $  117.73 | Payroll Fees |
| ADP | 1 ADP blvd Roseland, New York | 23-Dec | $  117.73 | Payroll Fees |
| ADP | 1 ADP blvd Roseland, New York | 30-Dec | $  114.50 | Payroll Fees |
| ADP | 1 ADP blvd Roseland, New York | 6-Jan | $  117.73 | Payroll Fees |
| ADP | 1 ADP blvd Roseland, New York | 20-Jan | $  352.73 | Payroll Fees |
| ADP | 1 ADP blvd Roseland, New York | 27-Jan | $  114.50 | Payroll Fees |
| ADP | 1 ADP blvd Roseland, New York | 27-Jan | $  69.67 | Payroll Fees |
| ADP | 1 ADP blvd Roseland, New York | 2-Feb | $  45.72 | Payroll Fees |
| ADP | 1 ADP blvd Roseland, New York | 3-Feb | $  180.86 | Payroll Fees |
| AIRBNB | 888 Brannon st. San Francisco, CA 94103 | 17-Jan | $  466.92 | Neosho install team accomodations |
| AIRBNB | 888 Brannon st. San Francisco, CA 94103 | 19-Jan | $  131.07 | Neosho install team accomodations |
| AIRBNB | 888 Brannon st. San Francisco, CA 94103 | 23-Jan | $  472.94 | Neosho install team accomodations |
| AIRBNB | 888 Brannon st. San Francisco, CA 94103 | 30-Jan | $  496.10 | Neosho install team accomodations |
| AIRBNB | 888 Brannon st. San Francisco, CA 94103 | 8-Feb | $  196.75 | Neosho install team accomodations |
| Ally Auto | 500 Woodward av. Detroit, MI 48226 | 20-Dec | $  1,251.75 | Evan Sieli Company vehicle auto loan |
| Ally Auto | 500 Woodward av. Detroit, MI 48226 | 2-Jan | $  1,251.75 | Evan Sieli Company vehicle auto loan |
| Amazon | 410 Terry Av Seattle, WA 98109 | 12-Dec | $  16.53 | Component purchase for active jobs |
| Amazon | 410 Terry Av Seattle, WA 98109 | 15-Dec | $  64.18 | Component purchase for active jobs |
| Amazon | 410 Terry Av Seattle, WA 98109 | 16-Dec | $  179.00 | Component purchase for active jobs |
| Amazon | 410 Terry Av Seattle, WA 98109 | 21-Dec | $  39.98 | Component purchase for active jobs |
| Amazon | 410 Terry Av Seattle, WA 98109 | 4-Jan | $  38.64 | Component purchase for active jobs |
| Amazon | 410 Terry Av Seattle, WA 98109 | 10-Jan | $  16.53 | Component purchase for active jobs |
| American Deli | Buford, GA | 19-Dec | $  55.11 | Employee meals |
| ATT | 208 S akard st. Dallas, TX 75202 | 14-Dec | $  258.52 | ATT internet and phone |
| ATT | 208 S akard st. Dallas, TX 75202 | 19-Dec | $  130.00 | ATT cellular service |
| ATT | 208 S akard st. Dallas, TX 75202 | 13-Jan | $  258.52 | ATT internet and phone |
| ATT | 208 S akard st. Dallas, TX 75202 | 17-Jan | $  160.00 | ATT cellular service |
| Autodesk | 1 Market st 400 San Francisco, CA 94105 | 13-Dec | $  445.00 | CAD software |
| Automation Direct | 3410 Hutchinson rd. Cumming, GA 30040 | 5-Dec | $  63.00 | Components for active jobs |
| Automation direct | 3410 Hutchinson rd. Cumming, GA 30040 | 19-Dec | $  240.00 | Components for active jobs |
| Automation direct | 3410 Hutchinson rd. Cumming, GA 30040 | 21-Dec | $  153.00 | Components for active jobs |
| Automation direct | 3410 Hutchinson rd. Cumming, GA 30040 | 29-Dec | $  630.00 | Components for active jobs |
| Automation Direct | 3410 Hutchinson rd. Cumming, GA 30040 | 20-Jan | $  276.00 | Components for active jobs |
| Automation direct | 3410 Hutchinson rd. Cumming, GA 30040 | 8-Feb | $  46.75 | Components for active jobs |
| Bay First | 700 Central Ave. St. Petersburg, FL 33701 | 6-Dec | $  4,326.49 | SBA loan repayment |
| Bay First | 700 Central Ave. St. Petersburg, FL 33701 | 6-Jan | $  4,326.49 | SBA loan repayment |
| Bay first | 700 Central Ave. St. Petersburg, FL 33701 | 6-Feb | $  4,483.10 | SBA loan repayment |
| Bay First | 700 Central Ave. St. Petersburg, FL 33701 | 31-Mar | $  101,604.10 | SBA loan repayment |
| Chase credit card | PO box 15123 Wilmington, DE 19850 | 2-Dec | $  10,000.00 | Credit card monthly payment |
| Chase credit card | PO box 15123 Wilmington, DE 19850 | 29-Dec | $  10,000.00 | Credit card monthly payment |
| Chase credit card | PO box 15123 Wilmington, DE 19850 | 17-Jan | $  5,000.00 | Credit card monthly payment |
| Chevron | Monroe, GA | 27-Dec | $  51.67 | Employee travel expense |
| Cintas | 1055 Progress ind. Blvd. Lawrenceville, GA 30043 | 15-Dec | $  89.15 | Recurring janitorial expense |
| Cintas | 1055 Progress ind. Blvd. Lawrenceville, GA 30043 | 29-Dec | $  106.39 | Recurring janitorial expense |
| Cintas | 1055 Progress ind. Blvd. Lawrenceville, GA 30043 | 12-Jan | $  107.93 | Recurring janitorial expense |
| Cintas | 1055 Progress ind. Blvd. Lawrenceville, GA 30043 | 26-Jan | $  99.21 | Recurring janitorial expense |
| Cintas | 1055 Progress ind. Blvd. Lawrenceville, GA 30043 | 9-Feb | $  93.02 | Recurring janitorial expense |
| City of Lawrenceville | 70 S clayton st. Lawrenceville, GA 30046 | 28-Dec | $  306.00 | Shop natural gas |
| City of Lawrenceville | 70 S clayton st. Lawrenceville, GA 30046 | 25-Jan | $  947.00 | Shop natural gas |
| Cleaning services | | 30-Jan | $  240.00 | 2325 Haley Peterson |
| Delta | 1030 Delta blvd. Hapeville, GA 30354 | 17-Jan | $  587.80 | Employee Flights to complete installation |
| Delta | 1030 Delta blvd. Hapeville, GA 30354 | 17-Jan | $  587.80 | Employee Flights to complete installation |
| Delta | 1030 Delta blvd. Hapeville, GA 30354 | 17-Jan | $  587.80 | Employee Flights to complete installation |
| Delta | 1030 Delta blvd. Hapeville, GA 30354 | 23-Jan | $  637.80 | Employee Flights to complete installation |
| Delta | 1030 Delta blvd. Hapeville, GA 30354 | 23-Jan | $  637.80 | Employee Flights to complete installation |
| Delta | 1030 Delta blvd. Hapeville, GA 30354 | 23-Jan | $  637.80 | Employee Flights to complete installation |
| Delta | 1030 Delta blvd. Hapeville, GA 30354 | 30-Jan | $  763.80 | Employee Flights to complete installation |
| Delta | 1030 Delta blvd. Hapeville, GA 30354 | 30-Jan | $  763.80 | Employee Flights to complete installation |
| Delta | 1030 Delta blvd. Hapeville, GA 30354 | 30-Jan | $  763.80 | Employee Flights to complete installation |
| Delta | 1030 Delta blvd. Hapeville, GA 30354 | 9-Feb | $  693.81 | Employee Flights to complete installation |
| Delta | 1030 Delta blvd. Hapeville, GA 30354 | 9-Feb | $  693.81 | Employee Flights to complete installation |
| Dunkin Donuts | Lawrenceville, GA | 17-Jan | $  21.18 | Employee expense |
| East Group | 3495 Piedmont rd. NE bldg 11 suite 350 Atlanta, GA 30305 | 5-Dec | $  10,140.47 | Monthly Lease payment for 850 Progress center court suite 500 |
| East Group | 3495 Piedmont rd. NE bldg 11 suite 350 Atlanta, GA 30305 | 5-Jan | $  10,957.99 | Monthly Lease payment for 850 Progress center court suite 500 |
| East Group | 3495 Piedmont rd. NE bldg 11 suite 350 Atlanta, GA 30305 | 3-Feb | $  10,957.99 | Monthly Lease payment for 850 Progress center court suite 500 |
| ENGS Corp | 1 Pierce place suite 1100 W Itasca, IL 60143 | 12-Dec | $  690.25 | Torchmate plasma cutter monthly payment |
| ENGS Corp | 1 Pierce place suite 1100 W Itasca, IL 60143 | 11-Jan | $  690.25 | Torchmate plasma cutter monthly payment |
| Fedex | 942 S shady grove rd. Memphis, TN | 11-Jan | $  18.37 | Shipping expense |
| Fedex | 942 S shady grove rd. Memphis, TN | 18-Jan | $  16.08 | Shipping expense |
| GM Financial | 101 Cherry st. Ft. Worth, TX 76102 | 2-Dec | $  1,254.63 | Patrick company truck monthly payment |
| GM Financial | 101 Cherry st. Ft. Worth, TX 76102 | 20-Dec | $  1,254.63 | Patrick company truck monthly payment |
| GM Financial | 101 Cherry st. Ft. Worth, TX 76102 | 21-Dec | $  1,254.63 | Patrick company truck monthly payment |
| hotels.com | 5400 LBJ Freeway sutie 500 Dallas, TX 75240 | 23-Jan | $  292.86 | Employee travel accomodations |
| hotels.com | 5400 LBJ Freeway sutie 500 Dallas, TX 75240 | 23-Jan | $  55.78 | Employee travel accomodations |
| Ian Falcone | | 31-Mar | $  7,500.00 | Retainer |
| In Motion | 555 S independence BLVD Viginia Beach, VA 23452 | 28-Dec | $  77.99 | Company website hosting |

| Name | Address | Date | | Amount | Description |
|---|---|---|---|---|---|
| In motion | 555 S independence BLVD Viginia Beach, VA 23452 | 30-Jan | $ | 77.99 | Company website hosting |
| Infinity Auto ins. | 200 East randolf st. 3300 Chicago, IL 60601 | 14-Dec | $ | 1,464.78 | Company vehicle auto insurance |
| Infinity Auto ins. | 200 East randolf st. 3300 Chicago, IL 60601 | 17-Jan | $ | 1,464.77 | Company vehicle auto insurance |
| Ivan Molina | Past employee, files shredded | 27-Jan | $ | 200.00 | *1510 Tool loan |
| Jackson EMC | 825 Buford dr. Lawrenceville, GA 30043 | 4-Jan | $ | 807.00 | 850 Progress center court power service |
| Jackson EMC | 825 Buford dr. Lawrenceville, GA 30043 | 22-Mar | $ | 730.00 | 850 Progress center court power service |
| Kapitus | 2500 Wilson BLVD suite 350 Arlington, VA 22201 | 4-Jan | $ | 2,445.00 | Repayment for loan |
| Kapitus | 2500 Wilson BLVD suite 350 Arlington, VA 22201 | 10-Jan | $ | 2,445.00 | Repayment for loan |
| Kapitus | 2500 Wilson BLVD suite 350 Arlington, VA 22201 | 18-Jan | $ | 2,445.00 | Repayment for loan |
| Kapitus | 2500 Wilson BLVD suite 350 Arlington, VA 22201 | 24-Jan | $ | 2,445.00 | Repayment for loan |
| Kapitus | 2500 Wilson BLVD suite 350 Arlington, VA 22201 | 31-Jan | $ | 2,445.00 | Repayment for loan |
| Kapitus | 2500 Wilson BLVD suite 350 Arlington, VA 22201 | 7-Feb | $ | 2,445.00 | Repayment for loan |
| Libertas | 411 West Putnam av. St. 220 Greenwich, CN 06380 | 18-Jan | $ | 4,047.65 | Loan Repayment |
| Libertas | 411 West Putnam av. St. 220 Greenwich, CN 06380 | 25-Jan | $ | 4,047.65 | Loan Repayment |
| Libertas | 411 West Putnam av. St. 220 Greenwich, CN 06380 | 8-Feb | $ | 4,047.65 | Loan Repayment |
| Liberty Mutual | 175 Berkley st. Boston, MA 02116 | 21-Dec | $ | 556.81 | Workmans comp insurance monthly premium |
| Liberty Mutual | 175 Berkley st. Boston, MA 02116 | 19-Jan | $ | 556.81 | Workmans comp insurance monthly premium |
| Lowes | Buford, GA | 23-Jan | $ | 27.73 | hardware |
| Mass Mutual | 10 fan pier blvd Boston, MA 02210 | 19-Dec | $ | 6,000.00 | Life insurance monthly premiums |
| Mass Mutual | 10 fan pier blvd Boston, MA 02210 | 18-Jan | $ | 6,000.00 | Life insurance monthly premiums |
| Monday.com | 1550 Market st. Denver, CO 80202 | 31-Jan | $ | 499.00 | Project management software |
| Principal | 711 High St. Des Moines, IO | 12-Dec | $ | 1,649.80 | Dental insurance |
| Principal | 711 High St. Des Moines, IO | 10-Jan | $ | 1,793.86 | Dental insurance |
| Principal | 711 High St. Des Moines, IO | 27-Mar | $ | 1,229.28 | Dental insurance |
| Priority 1 | 1800 E Roosevelt Little Rock, AR 72206 | 13-Jan | $ | 1,035.46 | LTL shipping fees |
| QT | | 5-Dec | $ | 129.83 | Employee Fuel expense |
| QT | | 13-Dec | $ | 140.77 | Employee Fuel expense |
| QT | | 29-Dec | $ | 130.38 | Employee Fuel expense |
| QT | | 9-Jan | $ | 63.82 | Employee Fuel expense |
| QT | | 10-Jan | $ | 135.81 | Employee Fuel expense |
| QT | | 18-Jan | $ | 142.02 | Employee Fuel expense |
| QT | | 23-Jan | $ | 123.94 | Employee Fuel expense |
| QT | | 30-Jan | $ | 120.72 | Employee Fuel expense |
| QT | | 7-Feb | $ | 129.31 | Employee Fuel expense |
| Quench | 630 Allendale rd. Suite 200 King of Prussia, PA 19406 | 9-Dec | $ | 115.44 | Shop water fountain |
| Racetrac | | 7-Dec | $ | 73.02 | Employee Fuel expense |
| Racetrac | | 9-Jan | $ | 77.18 | Employee Fuel expense |
| Raceway | | 23-Jan | $ | 53.93 | Employee Fuel expense |
| Republic services | 51 Patrick Mill rd. SW Winder, GA 30680 | 16-Dec | $ | 455.24 | Shop Trash service |
| Republic services | 51 Patrick Mill rd. SW Winder, GA 30680 | 18-Jan | $ | 452.70 | Shop Trash service |
| Ryerson | 4405 s old peachtree rd. Norcross, GA 30071 | 3-Feb | $ | 1,766.67 | Metal supply |
| Siemens | 170 Wood av. S Iselin, NJ 08830 | 12-Dec | $ | 3,223.18 | HAAS VF9 loan repayment |
| Siemens | 170 Wood av. S Iselin, NJ 08830 | 10-Jan | $ | 3,223.18 | HAAS VF9 loan repayment |
| TD auto finance | 27777 Inkster rd. farmington hills, MI 48334 | 5-Dec | $ | 1,520.21 | Paul Company Vehicle loan |
| TD auto finance | 27777 Inkster rd. farmington hills, MI 48334 | 3-Feb | $ | 1,520.21 | Paul Company Vehicle loan |
| Top Golf | Buford, GA | 6-Dec | $ | 1,498.52 | Company outing with employees |
| Truetts | Griffen, GA | 18-Jan | $ | 48.52 | Employee meals |
| Truist bank | 3480 Braselton hwy Dacula, GA 30019 | 22-Mar | $ | 9.99 | IN-BRANCH TRANSFER TRANSFER TO CHECKING 0005247091655 03-22-23 |
| Truist bank | 3480 Braselton hwy Dacula, GA 30019 | 4-Jan | $ | 209.82 | Company checks |
| Truist merchant serv. | 3480 Braselton hwy Dacula, GA 30019 | 2-Dec | $ | 34.95 | Authorize.net service |
| Truist merchant serv. | 3480 Braselton hwy Dacula, GA 30019 | 15-Dec | $ | 65.90 | Authorize.net service |
| Truist merchant serv. | 3480 Braselton hwy Dacula, GA 30019 | 17-Jan | $ | 65.90 | Authorize.net service |
| Truist merchant serv. | 3480 Braselton hwy Dacula, GA 30019 | 2-Feb | $ | 34.95 | Authorize.net service |
| Truist merchant serv. | 3480 Braselton hwy Dacula, GA 30019 | 15-Feb | $ | 65.90 | Authorize.net service |
| United Healthcare | 5901 Lincoln dr. Edina, MI 55440 | 7-Dec | $ | 16,340.47 | Company health insurance |
| United Healthcare | 5901 Lincoln dr. Edina, MI 55440 | 5-Jan | $ | 12,879.97 | Company health insurance |
| United Healthcare | 5901 Lincoln dr. Edina, MI 55440 | 7-Feb | $ | 18,123.64 | Company health insurance |
| United Healthcare | 5901 Lincoln dr. Edina, MI 55440 | 30-Mar | $ | 2,901.18 | Company health insurance |
| Verizon | 1095 Av of Americas New York, NY 10036 | 23-Dec | $ | 106.21 | Employee cellular payment |
| Verizon | 1095 Av of Americas New York, NY 10036 | 23-Jan | $ | 106.38 | Employee cellular payment |
| Voice Nation | 2915 Premier pkwy st. 200 Duluth, GA 30097 | 2-Dec | $ | 235.42 | Answering service monthly payment |
| Voice nation | 2915 Premier pkwy st. 200 Duluth, GA 30097 | 2-Jan | $ | 382.68 | Answering service monthly payment |
| Wyndham | 3085 Gardner-Edgewood Dr, Neosho, MO 64850 | 13-Feb | $ | 108.46 | Employee hotel for install |
| Wyndham | 3085 Gardner-Edgewood Dr, Neosho, MO 64850 | 16-Feb | $ | 108.46 | Employee hotel for install |
| Zaxbys | Charlotte, NC | 5-Dec | $ | 11.90 | Employee meals |
| Zaxbys | Watkinsville, GA | 20-Jan | $ | 21.09 | Employee meals |
| Ziprecruiter | 604 Arizona ave. Santa Monica, CA 90401 | 27-Dec | $ | 4,694.00 | Employee recuiting |
| Ziprecruiter | 604 Arizona ave. Santa Monica, CA 90401 | 25-Jan | $ | 9.99 | Employee recuiting |
| Zoom | 55 Almaden blvd. 6th floor San Jose, CA 95113 | 3-Feb | $ | 22.48 | Web service |
| Employee | | 4-Jan | $ | 255.44 | Check #2322 Travel expense reimbursement |
| Ryerson | 4405 s old peachtree rd. Norcross, GA 30071 | 6-Jan | $ | 46.00 | Check #2318 Raw material order from vendor |
| State of GA | 303 Peachrtree center ave suite 120 Atlanta, GA 30303 | 9-Jan | $ | 276.92 | Check #2321 Bankruptcy court employee garnishment |
| Mcmaster-Carr | PO BOX 7690 Chicago, IL 60680 | 9-Jan | $ | 6,501.46 | Check #2324 Raw material orders |
| Flodraulic | 1790 Corporate Dr #320, Norcross, GA 30093 | 12-Jan | $ | 10,000.00 | SMC components, payment for credit account |
| Alba manufacturing | 8950 Seward Rd, Fairfield, OH 45011 | 12-Jan | $ | 7,359.80 | Conveyor for automation down payment invoice 61734, and 61735 |
| Shumate mechanical | 2805 Premiere parkway Duluth, GA 30097 | 30-Jan | $ | 181.05 | Check #2326 HVAC services |
| State of GA | 303 Peachrtree center ave suite 120 Atlanta, GA 30303 | 31-Jan | $ | 138.46 | Check #2328 Bankruptcy court employee garnishment |
| Sunset Powder coating | 415 Grayson drive, Winder GA 30680 | 3-Feb | $ | 5,573.10 | Check #2327 painting services |

Repossesions, foreclosures, and returns

| | Creditors name and address | Project name | Description of property | Date | Value of property |
|---|---|---|---|---|---|
| Ricoh | 1125 Hurricane shoals rd. NE Lawrenceville, GA 30043 | F21 | A machine that was 95% Complete, just needed to be finalized and programmed. Full manufacturing design. Customer picked up all files (engineering, R & D, Project management, quotes, PO's, and drawings) | February 24th, 2023 | $ 745,182.85 |
| Vernay | 804 Greenbelt pkwy Griffen, GA 30224 | KDMK | A machine that was 100% Complete,Only requires final programming. Full manufacturing design. Customer picked up all files (engineering, R & D, Project management, quotes, PO's, and drawings) | March 3rd, 2023 | $ 194,225.00 |
| Vernay | 804 Greenbelt pkwy Griffen, GA 30224 | Pierburg | Frame with baseplate and peripheral components for frame 30%. Full manufacturing design. Customer picked up all files (engineering, R & D, Project management, quotes, PO's, and drawings) | March 3rd, 2023 | $ 146,427.00 |
| Vernay | 270 Industrial Park dr. Milledgeville, GA 31061 | HP Disc Valve | Full manufacturing design provided | March 3rd, 2023 | $ 42,900.00 |
| Newell | 1660 Railroad ave Shelbyville. TN 37160 | S Gel | A machine that was 75% complete, needed some machined parts, assembly, testing, and final programming. Full manufacturing design. Customer picked up all files (engineering, R & D, Project management, quotes, PO's, and drawings) | March 8th, 2023 | $ 699,944.25 |
| Great southern Wood | 1100 US-431 Abbeville, AL 36310 | Band and Groove | Provided some components that were ordered. Full manufacturing design. Customer picked up all files (engineering, R & D, Project management, quotes, PO's, and drawings) | February 21st, 2023 | $ 250,668.00 |
| JDR | 292 S Main st STE 200 Alpharetta. GA 30009 | Wellex | Full Manufacturing design, R & D, Project management files, quotes, Necessary equipment needed to complete project | Not sent | $ 112,970.00 |
| JDR | 292 S Main st STE 200 Alpharetta. GA 30009 | AET | Full Manufacturing design, R & D, Project management files, quotes, Necessary equipment needed to complete project | Not sent | $ 126,984.00 |
| JDR | 292 S Main st STE 200 Alpharetta. GA 30009 | Winder retrofit | Full Manufacturing design, R & D, Project management files, quotes, Necessary equipment needed to complete project | Not sent | $ 100,815.00 |
| Gravotech | 2200 Northmont pkwy Duluth, GA 30096 | Bar engraver | Full Manufacturing design, R & D, Project management files, quotes, Necessary equipment needed to complete project | Not sent | $ 42,900.00 |

Totals    $ 1,717,833.25

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia

In re   Simple Automation USA, Inc _____      Case No. _____

_____ Debtor(s)      Chapter    7 _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept ............................................... | $ | 7,500.00 |
| Prior to the filing of this statement I have received ....................................... | $ | 7,500.00 |
| Balance Due ......................................................................................... | $ | 0.00 |

2.  The source of the compensation paid to me was:

   ☒ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ☒ Debtor     ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

      Pre-filing analysis and discussions regarding potential creditor claims, non-dischargeability actions and anticipated objections to discharge.  Negotiations with any creditor that files a proof of claim that is marked disputed in debtor's schedules.  Pre-litigation negotiations with any creditor that threatens an adversary proceeding or other motion or legal proceeding in the Debtor's case.

      If Client wishes to retain Attorney to represent Client in any Adversary Proceeding or Appellate Proceeding that arises in or is related to this case, Client and Attorney shall execute a separate contract setting forth the fee and scope of representation for that proceeding.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| April 7, 2023 | /s/ Ian Falcone |
| *Date* | Ian Falcone 254470 |
| | *Signature of Attorney* |
| | The Falcone Law Firm, PC |
| | 363 Lawrence St NE |
| | Marietta, GA 30060-2056 |
| | (770) 426-9359   Fax: |
| | imf@falconefirm.com |
| | *Name of law firm* |

04/07/23 1:51 PM

# United States Bankruptcy Court
## Northern District of Georgia

In re    Simple Automation USA, Inc                  Case No. _____

                                              Debtor(s)             Chapter     7

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    April 7, 2023                            /s/  Paul Vernon _____

                                                Paul Vernon/CEO
                                                Signer/Title

AA Electric
1665 Lakes Pkwy, Ste 108
Lawrenceville, GA 30043


AFI
6720 28th St, Cir E
Sarasota, FL 34243


Alba Manufacturing
8950 Seward Rd
Hamilton, OH 45011


Ally Financial
Ally Detroit Center 500 Woodward Ave
Detroit, MI 48226


Atlantic Corporation
PO Box 60002
Charlotte, NC 28260


AWC
593 Sigman Rd NE, Suite A
Conyers, GA 30013


Bay First National Bank
700 Central Ave
Saint Petersburg, FL 33701


BC Ga Holdings LLC
10 Glenlake Parkway
South Tower, Suite 1000
Atlanta, GA 30328


BC Ga Holdings LLC
10 Glenlake Pkwy South Tower, Suite 1000
Atlanta, GA 30328


Braas Company c/o William Carmichael
Stokes Carmichael & Ernst LLP
Suite 700 2018 Powers Ferry Rd
Atlanta, GA 30339


C T Corporation System
Attn: SPRS
330 N Brand Blvd Suite 700
Glendale, CA 91203


Chase
PO Box 15298
Charlotte, NC 28201-1423


Cintas
1055 Progress Industrial Blvd
Lawrenceville, GA 30043

```
DHL
6000 Studio Way
Union City, GA 30291


Eastgroup Properties LP
3495 Piedmont Rd, Building 11 Suite 350
Atlanta, GA 30305


Eastgroup Properties LP
3495 Piedmont Rd, Building 11, Suite 350
Atlanta, GA 30305


ENGS Commercial Finance
3000 Galleria Cir, Suite 800
Birmingham, AL 35244


Fanuc
3900 West Hamlin Rd
Rochester, MI 48309-3253


First Home Bank
9190 Seminole Blvd
Seminole, FL 33772


Flodraulic Group Inc
PO Box 772676
Detroit, MI 48277-2676


GA Dept of Labor
148 Andrew Young International Blvd
Sussex Place-Room 738
Atlanta, GA 30303


Georgia Automation Inc
440 Gees Mill Business CT NE
Conyers, GA 30013


GM Financial
Attn: Treasury Operations
PO Box 99605
Arlington, TX 76096


GM Financial
1145 Sanctuary Pkwy, Suite 475
Alpharetta, GA 30009


Gravotech Inc
2200 Northmont Parkway
Duluth, GA 30096


Great Southern Wood Preserving
PO Box 610
Abbeville, AL 36310
```

```
Gwinnett County Tax Commissioner
75 Langley Dr
Lawrenceville, GA 30046


IFM Efector Inc
PO Box 8538-307
Philadelphia, PA 19171-0307


JDR c/o
Layne Kamsler Hipes & Belle Isle, LLC
178 S. Main St, Suite 250
Alpharetta, GA 30004


J-Drain
292 South Main St Suite 200
Alpharetta, GA 30009


Kapitus LLC
2500 Wilson Blvd, Suite 350
Arlington, VA 22201


Lanier Welding Products
1116 Airport St
Gainesville, GA 30501


Libertas Funding LLC
411 West Putnam Ave, Suite 220
Taftville, CT 06380


McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690


McNaughton-McKay
PO Box 890976
Charlotte, NC 28289-0976


mk North America
105 Highland Park Dr
Bloomfield, CT 06002


Oree Industries
90 Grayson Industrial Pkwy
Grayson, GA 30017


Positech Corporation
191 N Rush Lake Rd
Laurens, IA 50554


Quench USA Inc
PO Box 7357777
Dallas, TX 75373-5777


Rhino Assembly Company
7575 Westwinds Blvd, Ste A
Concord, NC 28027
```

Ricoh Electronics Inc
1125 Hurricane Shoals Rd
Lawrenceville, GA 30043


Rubbermaid Commercial Products
3124 Valley Ave
Winchester, VA 22601


Schmersal
15 Skyline Dr
Hawthorne, NY 10532


Schumate Mechanical
2805 Premiere Pkwy
Duluth, GA 30097


Siemens Financial Services
170 Wood Ave South
Iselin, NJ 08830


Siemens Financial Services Inc
170 Wood Ave South
Iselin, NJ 08830


Stephanie Mitchell
Seimens Corporation
4800 North Point Pkwy
Alpharetta, GA 30022


Sunset Powder Coating
415 Grayson Dr
Winder, GA 30680


Talia B Wagner
Morris Manning & Martin, LLP
1600 Atlanta Financial Center 3343 Peach
Atlanta, GA 30326


TD Auto Finance
PO Box 9223
Farmington, MI 48333-9223


Total Quality Logistics
PO Box 634558
Cincinnati, OH 45263


TSI Solutions
2220 Centre Park Ct
Stone Mountain, GA 30087


ULine
12575 Uline Dr
Pleasant Prairie, WI 53158

```
Vernay
804 Greenbelt Pkwy
Griffin, GA 30224
```

# United States Bankruptcy Court
## Northern District of Georgia

In re  Simple Automation USA, Inc                                      Case No. _____

                                        Debtor(s)                     Chapter   7

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___Simple Automation USA, Inc___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

April 7, 2023
Date

/s/ Ian Falcone

Ian Falcone 254470
Signature of Attorney or Litigant
Counsel for   Simple Automation USA, Inc
The Falcone Law Firm, PC
363 Lawrence St NE
Marietta, GA 30060-2056
(770) 426-9359  Fax:
imf@falconefirm.com